IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                              CASE NO.: 1:06cr19-SPM

JOHN RILEY THOMAS,

     Defendant.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration, Defendant John Riley Thomas's Unopposed Motion to Continue Sentencing (doc. 46) is granted.  The sentencing hearing is reset for 1:30 p.m. on November 5, 2007, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 30th day of August, 2007.

       *s/ Stephan P. Mickle*
       Stephan P. Mickle
       United States District Judge