IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 1:06cr19-SPM

JOHN RILEY THOMAS,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration, Defendant John Riley Thomas's Unopposed Motion to Continue Sentencing (doc.48) is granted. The sentencing hearing is reset for 1:30 p.m. on May 5, 2008, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 31st day of October, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge