IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 1:06cr19-SPM

JOHN RILEY THOMAS,

    Defendant.
_____/

### ORDER CONTINUING SENTENCING

Upon consideration, Defendant John Riley Thomas's Unopposed Motion to Continue Sentencing (doc. 51) is granted.  The sentencing hearing is reset for 1:30 p.m. on August 4, 2008, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 24th day of April, 2008.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge