IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 1:06cr19-SPM

JOHN RILEY THOMAS,

    Defendant.

_____/

### ORDER CONTINUING SENTENCING

Upon consideration, Defendant John Riley Thomas's Unopposed Motion to Continue Sentencing (doc. 53) is granted. The sentencing hearing is reset for 1:30 p.m. on Tuesday, September 2, 2008, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 23rd day of July, 2008.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge